# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SONYA HOFFMAN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **No. 13-cv-5700** |
| v. | : | |
| | : | |
| **WELLS FARGO BANK, N.A.,** | : | |
| **PHELAN HALLINAN & SCHMIEG, LLP,** | : | |
| **and COURTENAY R. DUNN, ESQ.,** | : | |
| Defendants. | : | |

**MCHUGH, J.**                                              **DECEMBER 4, 2014**

## ORDER

This 4th day of December, 2014, after reviewing both Plaintiff's and Defendants' submissions, it is hereby **ORDERED** that Defendants' Motion for Judgment on the Pleadings is **DENIED**.

                                                                                           /s/ Gerald Austin McHugh
                                                                    United States District Court Judge