IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONYA HOFFMAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 13-cv-5700 |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| PHELAN HALLINAN & SCHMIEG, LLP, | : | |
| and COURTENAY R. DUNN, ESQ., | : | |
| Defendants. | : | |

MCHUGH, J.                                                                                                          JUNE 16, 2015

## ORDER

This 16th day of June, 2015, upon consideration of Defendants' Motion to Dismiss and Motion for Reconsideration, as well as all accompanying submissions, it is hereby **ORDERED** as follows:

- The Motion to Dismiss is **GRANTED**. The remaining UTPCPL claim against Wells Fargo is dismissed.

- The Motion for Reconsideration is **GRANTED IN PART and DENIED IN PART**. The UTPCPL claim against Phelan Hallinan and Courtenay Dunn is dismissed. The FDCPA claim against both Defendants will remain.

                                                                         /s/ Gerald Austin McHugh
                                                                United States District Court Judge