# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SONYA HOFFMAN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **No. 13-5700** |
| v. | : | |
| | : | |
| **PHELAN HALLINAN, LLP,** | : | |
| and **COURTENAY R. DUNN, ESQ.,** | : | |
| Defendants. | : | |

## ORDER

This 2nd day of August, 2016, upon review of the Motion for Summary Judgment filed by Defendants Phelan Hallinan, LLP and Courtenay R. Dunn (Doc. 68) and the Cross-Motion for Partial Summary Judgment filed by Plaintiff (Doc. 69), and the Responses and Replies thereto, it is hereby ordered that:

1. Defendants' Motion for Summary Judgment is **GRANTED** and summary judgment is entered in favor of Defendants on the remaining claim; and

2. Plaintiff's Cross-Motion for Partial Summary Judgment is **DENIED.**

      /s/ Gerald Austin McHugh
United States District Judge